*Robert S. Bello* and *Thomas M. Cassone*, in support of the petition.

*Robin S. Schwartz*, assistant state's attorney, in opposition.

Decided September 9, 2009

## STATE OF CONNECTICUT *v.* ROY A. SCHILLER

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 189 (AC 28855), is denied.

*Jeffrey C. Kestenband,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided September 9, 2009